

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00646-CR

Roy Nanez Jr.
v.
The State of Texas

On Appeal from the
24th District Court of Victoria County, Texas
Trial Cause No. 17-05-30005-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered judgment of acquittal as to Count 2, and affirmed as modified as to Count 1. The Court orders the judgment of the trial court REVERSED AND RENDERED JUDGMENT OF ACQUITTAL as to Count 2, and AFFIRMED AS MODIFIED as to Count 1.

We further order this decision certified below for observance.

February 28, 2019